**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

CRESLY DURAN, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

CREDIT CORP SOLUTIONS INC.

      Defendant.
_____/

Removed From:
Circuit Court of the 17th Judicial
Circuit in and for Broward
County, Florida
CACE-21-000862 (12)

## NOTICE OF REMOVAL

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant CREDIT CORP. SOLUTIONS, INC. ("Credit Corp."), with a full reservation of any and all rights, claims, and defenses of any nature whatsoever, removes this action to the United States District Court for the Southern District of Florida from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Removal is proper because, as demonstrated below, this Court has original jurisdiction over this matter, and Credit Corp.'s removal is otherwise proper and timely.

### Procedural History

1. On January 13, 2021, the Plaintiff CRESLY DURAN ("Duran") filed the Complaint against Credit Corp.. captioned *Cresly Duran, individually and on behalf of all others similarly situated, v. Credit Corp. Solutions, Inc.* Case No.: CACE-21-000862 (12) (the

"Complaint"), in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (Exhibit A – Summons and Complaint).

2. In the Complaint Duran alleges a count for violation of the Federal Debt Collection Practices Act (Count I) and the Florida Consumer Collection Practices Act (Count II) (See Exhibit A, at ¶¶ 38-50).

3. Based on these facts, this Court has original jurisdiction over this matter under 28 U.S.C. § 1331 because "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Removal has been timely filed under 28 U.S.C. § 1446 and is therefore proper under 28 U.S.C. § 1441.

### Federal Question Jurisdiction

5. In Count I of the Complaint, Duran alleges that Credit Corp. violated 15 U.S.C. § 1692e (the "FDCPA claim") (Complaint, at ¶¶ 38-42).

6. The FDCPA claim arises under a law of the United States within the meaning of 28 U.S.C. § 1331.

7. Based on these facts, there is federal question jurisdiction over the claims asserted in the Complaint.

### Removal Timely Filed

8. Under 28 U.S.C. § 1446(b)(1), "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."

9. The Complaint was served on Credit Corp. on January 20, 2021.

10. Accordingly, the 30-day period for removal of this case commenced on January 20, 2021 and removal is therefore timely.

### Venue is Proper

11. Under 28 U.S.C. §§ 1331 and 1441, removal to this Court is proper because the state court where this suit has been pending is located in this district.

### Reservation of All Defenses

12. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Credit Corp.'s rights to assert any defenses including without limitation, the defenses of failure to state a claim, failure to join an indispensable party or parties, or any other procedural or substantive defense available under state or federal law.

### Additional Documents

13. Credit Corp. has provided the Summons and Complaint as Exhibit A, which constitutes any and all publicly-available process, pleadings, and orders served upon them, as required by 28 U.S.C. § 1446(a).

14. A written notice of this filing will be given to Duran and a true and accurate copy of this notice will be filed with the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida as required by 28 U.S.C. § 1446(d).

15. Credit Corp. further requests that this Court issue such further orders as may be necessary to effectuate removal of this action.

16. Credit Corp. reserves the right to amend or supplement this Notice of Removal.

17. If any question arises as to the propriety of the removal of this action, Credit Corp. requests the opportunity to brief any disputed issues and to present oral argument in support of the position that this case is properly removable.

**WHEREFORE**, Credit Corp. respectfully notifies this Court that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, this Proceeding has been removed to the U.S. District Court for the Southern District of Florida.

Respectfully submitted,

/s/ *Seth P. Robert*
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown, III
Florida Bar No. 641960
**BROWN ROBERT, LLP**
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone:  954.832.9400
Facsimile:  954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Attorneys for Defendant Credit Corp. Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Court and a copy served by e-mail on this 19th day of February, 2021 upon the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: 954-907-1136
Facsimile: 855-529-9540
E-mail: jibrael@jibraellaw.com
E-mail: tom@jibraellaw.com

*Attorneys for Plaintiff*

/s/ *Seth P. Robert*
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown, III
Florida Bar No. 641960
**BROWN ROBERT, LLP**
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone:  954.832.9400
Facsimile:  954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Attorneys for Defendant Credit Corp. Solutions, Inc.*